MABEL BLANCHE YOUNG SMITH, by her husband and next friend, WILBUR CURTIS SMITH, v. CAROLYN CHERBINO, joined by her husband, JEROME CHERBINO, individually, and MRS. L. M. PLATT, a widow.

15 So. (2nd) 764          June Term, 1943
December 7, 1943          En Banc

*Boone & Boone* and *David B. Newsom,* for appellant.
*Rinehart & Carroll,* for appellees.

PER CURIAM:

Affirmed.

BUFORD, C. J., CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.

TERRELL and BROWN, JJ., dissent.